It is so Ordered.

/s/ Jack Zouhary
U.S. DISTRICT JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **HERMAN SINGLETON** | ) | **CASE NO:  3:16-cv-499** |
| | ) | |
| Plaintiff, | ) | **JUDGE Jack Zouhary** |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **UNIFIN INC., et al.** | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES PLAINTIFF, **HERMAN SINGLETON,** by and through the undersigned

counsel, and pursuant to FRCP 41(a)(1)(A)(i) hereby submits this Notice of Dismissal **with**

**Prejudice** of this action.

Respectfully submitted,

/s/ Michael L. Fine
Michael L. Fine (0077131)
3684 Silsby Road
University Heights, OH  44118
Telephone:  (216) 320-9950
Fax:  (216)320-9953
mfine@ohioconsumerlawyer.com

**Certificate of Service**

This pleading will be served and available online via the Court's ECF system.  A copy is
also being served by agreement of the parties to ian@unifinrs.com.

s/ Michael L. Fine
Michael L. Fine (0077131)